UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**United States v. Antwan Lang, Crim. No. 25-367 (SDW)**

**PETITION FOR
WRIT OF HABEAS CORPUS**

**( X ) Ad Prosequendum**    ( ) Ad Testificandum

1. Antwan Lang; SBI# 617428C (the "Detainee") is now confined to the Essex County Correctional Facility in Newark, New Jersey.

2. The Detainee is

    charged in this District by: ( **x** ) Indictment    ( ) Information    ( ) Complaint

    with Knowing Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

3. The Detainee will be required to be present for an in-person **Arraignment** in the above-captioned case before the Honorable Susan D. Wigenton, United States District Judge, in Newark, New Jersey at **2:30 p.m.** on **Wednesday, June 25, 2025**.

4. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:    June 11, 2025
          Newark, NJ

                                        */s/ Keith Abrams*
                                        Keith Abrams
                                        Special Assistant U.S. Attorney
                                        Petitioner

# **O R D E R**

Let the Writ Issue.

DATED: June 11, 2025

*[signature]*
Hon. Susan D. Wigenton, U.S.D.J.

# **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to the Warden of Essex County Correctional Facility,

WE COMMAND YOU that you have the body of

**Antwan Lang, DOB: December 1, 1989; SBI# 617428C**

now confined at the Essex County Correctional Facility, be brought before the Honorable Susan D. Wigenton, United States District Judge, in Newark, New Jersey at **2:30 p.m.** on **Wednesday, June 25, 2025**, for an in-person arraignment.

    WITNESS the <u>Honorable Susan D. Wigenton</u>
    United States District Judge
    Newark, New Jersey

DATED: June 11, 2025

MELISSA E. RHOADS, ESQ.
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
        Deputy Clerk